AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RYAN FREDERICKS

v.

THE CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 8543

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York and Police Commissioner Raymond Kelly

I certify that I am admitted to practice in this court.

October 30, 2007
Date

Signature

Suzette Corinne Rivera | SR 4272
Print Name | Bar Number

100 Church Street
Address

New York | NY | 10007
City | State | Zip Code

(212) 788-9567 | (212) 788-9776
Phone Number | Fax Number