AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

JUDGE SULLIVAN

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

RYAN FREDERICKS

**SUMMONS IN A CIVIL CASE**

V.

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, DEPUTY INSPECTOR JOHN BAMBURY, DETECTIVE HERNANDEZ, "JOHN DOE" POLICE OFFICERS 1-10.

CASE NUMBER:

**07 CIV 8543**

TO: (Name and address of defendant)

Deputy Inspector John Bambury
083 Precinct
480 Knickerbocker Avenue
Brooklyn NY 11237

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cynthia Conti-Cook, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 11-14-07

NAME OF SERVER (PRINT): Ted Braunstein

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Other (specify): Served at 83rd pct. BKlyn NY to Officer Vaz shield # 15075 by hand at 405 pm

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-14-07
Date

Signature of Server: Ted Braunster

Address of Server: 510 Atlantic Ave

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.