UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

RYAN FREDERICKS,

    Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

    Defendants.

No. 07 Civ. 8543 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    Having reviewed the Complaint filed in the above-entitled action, the Court notes that plaintiff asserts that he is a resident of Kings County, New York, and that the individual defendants are the Police Commissioner of the City of New York and various police officers of the defendant City of New York. In addition, the Complaint indicates that the action arises from alleged injuries plaintiffs suffered as a result of his arrest by defendant police officers stationed in Brooklyn, New York. Thus, on the basis of the Complaint, it appears that all or most of the material events, documents, persons, and potential witnesses related to this action are located in the Eastern District of New York.

    Accordingly, all parties currently appearing in this action are ORDERED to submit a letter, not to exceed three (3) pages in length, indicating whether they oppose transfer of this action to the Eastern District of New York and, if so, the basis of their opposition, no later than February 19, 2008. Failure to submit a letter in accordance with this Order will be deemed consent to the transfer.

SO ORDERED.

Dated:    New York, New York
          February 5, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE