UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN FREDERICKS,
               Plaintiff.

-v-

THE CITY OF NEW YORK, ET AL
               Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

Case No. 07-CV-08543 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Katz for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Habeas Corpus

_x_ Settlement* -The parties request a settlement conference in mid-March, 2008.

\_\_\_ Social Security

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.
DATED:   New York, New York
           Feb. 5, 2008

RICHARD J. SULLIVAN
United States District Judge